**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Pepper & Peach, LLC
Byron M. Gill
Rochelle, McCulloch, & Aulds, PLLC
109 N. Castle Heights Avenue
Lebanon, TN 37087-2738

3:20-cv-01092
DE 23

9590 9402 1788 6074 2113 31

2. Article Number (Transfer from service label)
7016 3010 0000 4887 2292

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X /s/ B M C-ll  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery
BMC-ll  1/25/22

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

in Clerk's Office
JAN 28 2022

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt